UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Thomas A. Fiore

Case No.: 19-33357
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __04/20/20__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
93 Sandra Road
Voorhees, NJ
Value $126,701.00

Liens on property:
Bank of America
$32,312.00
M&T Bank
$156,880.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

rev.8/1/15

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 19-33357-ABA
Thomas A. Fiore                                                Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Mar 17, 2020
                               Form ID: pdf905              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db             +Thomas A. Fiore,    93 Sandra Road,    Voorhees, NJ 08043-2046
518622901      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   Honda Financial Services,    PO Box 65507,
                  Wilmington, DE 19808-0507)
518622895       Bank of America,    4060 Ogletown/Stanton Rd,    DE5-019-03-07,    Newark, DE 19713
518622896       Bank of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
518660347      +Bayview Loan Servicing, LLC,    Denise Carlon Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518622899      +Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
518622902       Horizon Blue Cross Blue Shield of NJ,    PO Box 70225,    Philadelphia, PA 19176-0225
518622904       M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
518622905      +National Enterprise Systems,    2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
518622906       Pressler, Felt and Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518622907      +United Collection Bureau Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:35     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518622897       E-mail/Text: cms-bk@cms-collect.com Mar 18 2020 01:04:57     Capital Management Services,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518622898      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 18 2020 01:00:09
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
518622900      +E-mail/Text: mrdiscen@discover.com Mar 18 2020 01:04:17     Discover Card,
                 Attn: Bankruptcy Dept.,    PO Box 3025,    New Albany, OH 43054-3025
518622903       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 18 2020 00:59:18     JPMCB Card Services,
                 PO Box 15369,    Wilmington, DE 19850
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              Brian Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian Thomas    brian@brianthomaslaw.com,    bthomas@ecf.axosfs.com
              Brian C. Nicholas    on behalf of Creditor    Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Thomas A. Fiore rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```